**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARTIN BONITO RODRIGUEZ,** | ) | |
| Plaintiff, | ) | Case No. CV 14-03731 AJW |
| v. | ) | **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Social Security,** | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

February 10, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge